# EXHIBIT B

1/26/2017
Trump receives standing ovation from churchgoers | New York Post
Case 1:17-cv-01750-ER    Document 1-2    Filed 03/08/17    Page 2 of 3

NEWS

# Trump receives standing ovation from churchgoers

By Kevin Sheehan                                                                        November 20, 2016 | 1:38pm | Updated



Donald Trump leaves Lamington Presbyterian Church in New Jersey.

Gregory P. Mango

Worshippers at a New Jersey church cheered Donald Trump on Sunday, telling the president-elect to "follow his heart."

Trump arrived at Lamington Presbyterian Church in Bedminster Township for services at 10 a.m. and left to enthusiastic applause at 11:15 a.m.

The church is just two miles from The Donald's Trump National Golf Club Bedminster, where the president-elect was set to interview cabinet candidates.

Congregant Jim Tiesi, 66, shook Trump's hand and told him the nation has his back.

"I just told him that I hope he understands the country supports him and not to be distracted by the noise," said Tiesi, likely one of the 47 percent of voters who backed Trump. "He told me, `Thank you.' "

Shelley Ricco, 62, said she's excited about the incoming administration.

"I just want to say thank you to President-elect Trump from the bottom of my heart. I've been a member of this church for 45 years and the whole congregation is thrilled to have him," Ricco said.

"We gave him a standing ovation at the end of Mass, a rousing standing ovation!"

She added: "I hope he follows his heart."

While Trump is deeply unpopular in New Jersey as a whole, he's well regarded in this little red-ish corner of the Garden State.

Hillary Clinton carried New Jersey by more than 13 percentage points and 400,000 votes.

But in Bedminster, Trump edged Clinton 2,258 to 2,250.



Raw: Trump, Pence Attend Church Service

FILED UNDER   **DONALD TRUMP**, **NEW JERSEY**, **PRESBYTERIAN CHURCH**

Recommended by

# NEVER MISS A STORY
### Get The Post delivered directly to your inbox

☑ NY Post Morning Report
☑ Page Six Daily
☑ Breaking News
☑ Special Offers

Enter Your Email Address

SIGN UP

By clicking above you agree to our Terms of Use and Privacy Policy.