# EXHIBIT C

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4325862241

## Mail Certificate

Liebowitz Law Firm, PLLC
Richard Liebowitz
11 Sunrise Plaza - Suite 305
Valley Stream, NY 11580 United States

**Priority:** Routine          **Application Date:** January 09, 2017

## Correspondent

**Name:** Richard Liebowitz
**Email:** rl@liebowitzlawfirm.com
**Telephone:** (516)233-1660
**Address:** 11 Sunrise Plaza - Suite 305
Valley Stream, NY 11580 United States

Registration Number
# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration of published photographs; Gregory Mango-2016 Photos; all published 10/10/2016-12/29/2016; 59 photographs |
| **Content Title:** | Mango, ACS worker, 12_1_2016.jpg |
| | Mango, Andrew Cuomo, 12_19_2016.jpg |
| | Mango, Armani, 12_11_2016.jpg |
| | Mango, Bridget Anne Kelly, 10_24_2016.jpg |
| | Mango, Carrie Goldberg, 12_8_2016.jpg |
| | Mango, Clarence Dean, 12_7_2016.jpg |
| | Mango, Cuomo, 12_9_2016.jpg |
| | Mango, Dolce Store, 12_11_2016.jpg |
| | Mango, Donald Trump , 11_20_2016.jpg |
| | Mango, ennifer Golian, 11_22_2016.png |
| | Mango, Evidence, 12_11_2016.jpg |
| | Mango, Frank Monte, 12_19_2016.jpg |
| | Mango, Genovese Organized Crime Family, 12_15_2016.jpg |
| | Mango, Joseph Esposito, 12_16_2016.jpg |
| | Mango, Keon Richmond, 12_15_2016.jpg |
| | Mango, Lawrence Dilione,11_17_2016.jpg |
| | Mango, Mark Moody, 12_6_2016.jpg |
| | Mango, Midwood High School, 12_13_2016.jpg |
| | Mango, Mikhail Chernyaev, 11_17_2016.jpg |
| | Mango, no Parking Sign, 11_30_2016.jpg |
| | Mango, NYC Trump building, 12_11_2016.jpg |
| | Mango, Omega store, 12_11_2016.jpg |

Mango, painted-over building, 11_7_2016.jpg

Mango, Peter Liang , 12_7_2016.jpg

Mango, Schumer, 12_18_2016.jpg

Mango, Scott Rechler, 10_20_2016.jpg

Mango, Shira Blum, 11_8_2016.jpg

Mango, The Dream Downtown, 12_4_2016.jpg

Mango, Trump tower 2, 12_11_2016.jpg

Mango, Trump tower 3, 12_11_2016.jpg

Mango, Trump Tower, 12_11_2016.jpg

Mango, Vincent Gentile, 12_6_2016.png

Mango, Yusef Salaam, 11_7_2016.jpg

Mango, Yvonne Braswell, 11_13_2016.jpg

Mango_ 48 box street 10_31_2016.jpg

Mango_ Da Silvano 12_21_2016.jpg

Mango_ Felix 12_22_2016.jpg

Mango_ Iesha Conley 12_22_2016.jpg

Mango_ Ruben Wills 10_28_2016.jpg

Mango_ Shirley Mejia 12_22_2016.jpg

Mango_Ace Hotel 10_17_2016.jpg

Mango_Alan Schulkin, 10_11_16.jpg

Mango_Andrew Cuomo, 12_29_16.jpg

Mango_Bill Baroni  10_17_2016.png

Mango_Bill Baroni, 10_18_16.jpg

Mango_Bridget Anne Kelly, 10_26_16.jpg

Mango_de Blasio, 11_8_16.jpg

Mango_Deborah Gramiccioni, 10_11_16.jpg

Mango_Greenwich Village Hospital, 12_29_16 .jpg

Mango_Jacob Angstreich, 10_10_16.jpg

Mango_Mayor de Blasio  10_17_2016.jpg

Mango_NYP Print Edition Alex Lichtenstein, 11_11_16.jpg

Mango_NYP Print Edition Bill Baroni, 11_5_16.jpg

Mango_NYP Print Edition Bridget Kelly, 11_13_16.jpg

Mango_NYP Print Edition Greenpoint Brooklyn, 11_7_16.jpg

Mango_NYP Print John Siegal, 11_2_16.jpg

Mango_NYP Print Ruben Wills, 10_28_16.jpg

Mango_Paul Nunziato, 10_11_16.jpg

Mango_Stanley Patz, 10.19.16.jpg

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 10, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Gregory Mango
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Gregory Mango
210 17th Street, Brooklyn, NY, 11215, United States

## Certification

**Name:** Richard Liebowitz
**Date:** January 09, 2017