# EXHIBIT D

11/22/2016 Trump walk into a N.J. church -- and this happens!

Case 1:17-cv-01750-ER    Document 1-4    Filed 03/08/17    Page 2 of 5

Home / US

# Trump walk into a N.J. church -- and this happens!

by Todd Starnes / Fox News | 21 November, 2016

Like     Share on Facebook     Share on Twitter



(via ToddStarnes.com)

BEDMINSTER, N.J. (Christian Exainer) — The congregation of Lamington Presbyterian Church gave President-elect Donald Trump a standing ovation following the Sunday morning worship service.

11/22/2016 Trump walk into a N.J. church -- and this happens!

Case 1:17-cv-01750-ER    Document 1-4    Filed 03/08/17    Page 3 of 5

**Click here to get Todd's FREE newsletter: Conservative news you can TRUST!**

**The New York Post reports** that worshippers told Trump to "follow his heart."

"I just told him that I hope he understands the country supports him and not to be distracted by the noise," said church member Jim Tiesei.

The enthusiastic welcome was far different than the one Vice President-elect Mike Pence received at "Hamilton the Musical." Pence was heckled and then publicly shamed by the cast.

The Post reported that Trump's ovation at the church was "rousing."

"I just want to say thank you to president-elect Trump from the bottom of my heart. I've been a member of this church for 45 years and the whole congregation is thrilled to have him," church member Shelley Ricco said.

Sponsored   Watch Your Favorite Christian Films, 24/7. **Click Here To Start Your Free Trial Today**

It'll be quite a change for the nation to have a president who goes to church on Sunday -- instead of the golf course. How refreshing.

**Let's take a moment and pray for President-elect Trump that God would give him wisdom as he selects his cabinet.**

*Todd Starnes is host of Fox News & Commentary, heard on hundreds of radio stations. Sign up for his American Dispatch newsletter, be sure to join his Facebook page, and follow him on Twitter. His latest book is "God Less America." This article published at toddstarnes.com and used with permission.*

**Ads by Revcontent**

**From the Web**

| These 36 Photos Will Have You Wondering Whether She's First Lady Material  PollHype | Do You Have Enough To Retire Comfortably?  Fisher Investments | Susan Boyle Is Back And Looks Like A Supermodel  OtherBuzz | Don't Google Names- New Controversial Site is Addicting - Type Name Wait 14 Secs  TruthFinder |

Like   f Share on Facebook   Share on Twitter

**1 Comments**                                                                 Log in

Reply

**mikeflint**
a day ago

I'm curious to see what's going to become of all of this...

👍 0   👎 0   ↩ Reply

➕ Start using Hubchat comments                                    (h)ubchat

| Search here | Go |

## Most Popular

  REVIEW: Is 'Fantastic Beasts' too scary for kids? (And how violent is it?)

  Christian governor accused of blasphemy for quoting Quran

  Thousands march in support of Christian governor accused of blaspheming Islam

  Mexican legislators kill same-sex marriage constitutional amendment

Vietnam making progress, but still has a long road to religious freedom

11/22/2016 Trump walk into a N.J. church -- and this happens!

Case 1:17-cv-01750-ER   Document 1-4   Filed 03/08/17   Page 5 of 5



 ISIS targets Macy's Thanksgivig Day Parade; urges lone-wolf attacks

## Latest

INTERVIEW: Disney animator behind 'Moana' & 'Frozen' credits Christ, 'God's goodness'

UN approves first LGBT 'protector' despite nations' objections

Anti-abortion bill would eradicate abortion completely

In the name of Christ, Oregon senator invited to jump off bridge

Trump walk into a N.J. church -- and this happens!

Thousands march in support of Christian governor accused of blaspheming Islam

| Resources | Ways To Get CE | Sections | Society | Archives |
|---|---|---|---|---|
| | | | Life | Finding God |
| Finding God | Facebook | US | Entertainment | Privacy Policy |
| Movie Reviews | RSS | World | Comment | |
| Online Bible | Twitter | Church & Ministry | | |
| | Advertising | | | |

Christian Examiner® © 2015 All Rights Reserved.

Christian Examiner is a Christian Media Corporation Company