March 30, 2017

**VIA ECF**

Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     ***Mango v. Christian Media Corporation (1:17-cv-1750-ER)***

Dear Judge Ramos,

We represent Plaintiff Gregory Mango, in the above in-captioned case. We are in contact with Defendant and are discuss settlement. The Defendant respectfully requests a two-week extension to respond to the Complaint until April 14, 2017. The original date to respond is March 31, 2017. This is the first request to extend the time to respond to the complaint. The plaintiff consents to this extension.

The Courts consideration is much appreciated.

Respectfully Submitted,

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Gregory Mango*