UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

GREGORY MANGO,                                                      Civil Action No. 17-cv-1750
                                  Plaintiff,

        -against-                                                              **ANSWER**


CHRISTIAN MEDIA CORPORATION

                                  Defendant.

_____X


As and for his Answer to the Complaint herein, the Defendant, Christian Media Corporation, through its

attorneys, Anderson & Associates, LLP, respectfully alleges as follows upon information and belief:

1.  In response to paragraph 1 of the Complaint, defendant admits the truth of paragraph 1 only to the

    extent that this is an action for a copyright infringement and denies the rest.

2.  Admits the truth of the allegations of paragraphs 2 through 4.

3.  Denies knowledge or information sufficient to form a belief as the truth of the allegations in

    paragraphs 5 of the Complaint and thus denies.

4.  Admits in part the allegations in paragraph 6 but denies the last sentence of paragraph 6: "At all

    times material hereto, Christian has owned and operated a website at the URL:

    www.christianexaminer.com."

5.  Denies knowledge or information sufficient to form a belief as the truth of the allegations in

    paragraphs 7 through 11 of the Complaint and thus denies.

6.  Denies the allegations in paragraphs12 through 13 of the Complaint.

7.  In response to paragraph 14 of the Complaint, defendant repeats and realleges each of his

    responses to paragraphs 1 through 13 of the Complaint as if alleged at length herein.

8.  Denies the allegations in paragraphs15 through 21 of the Complaint.

1

## AFFIRMATIVE DEFENSES

### First Affirmative Defense: Plaintiff failed to register as required by 17 U.S.C. 411

9.  Plaintiff stated in his Complaint that he only has a pending application but has not fully registered with the US Copyright Office and, therefore, has no standing to sue in Federal Court.

### Second Affirmative Defense: Plaintiff applied to register only after the infringing activity

10. The alleged infringing activity, if true, occurred on November 21, 2017 but the date of application for registration occurred on January 9, 2017 upon information and belief. Therefore, certain damages and rights should not be permitted to Plaintiff by statute and otherwise.

### Third Affirmative Defense: Defendant had an explicit or implied license to use

11. Upon information and belief, Defendant received permission from another party to use the alleged infringing material, and therefore, had an explicit or implicit license for such use.

### Fourth Affirmative Defense: The use was permitted by the Fair Use doctrine

12. Defendant's use of the photo was permitted by the Fair Use doctrine because it is newsworthy among other reasons under Fair Use.

### Fifth Affirmative Defense: innocent use

13. In the event Defendant's use is found to be infringing, Defendant's use was innocent use under 17 U.S.C. 504 and elsewhere and, therefore, the damages amount should be reduced accordingly.

### Sixth Affirmative Defense: attorney fees permitted to Defendant

14. In the event that Defendant prevails or this court in its discretion considers just, attorney fees and costs related to this action be awarded to Defendant under 17 U.S.C. 505 and elsewhere.

### Seventh Affirmative Defense: Reservation of Rights to Amend

15. Defendant reserves the right to amend and/or add additional answers, defenses, and counterclaims at a later date.


### Prayer For Relief

WHEREFORE, Defendant respectfully requests judgment as follows:

2

1. Plaintiff's Complaint is dismissed with prejudice;

2. In the event that Defendant prevails or in the event this court deems just, award Defendant attorney fees, costs, and expenses, and interest pursuant to 17 U.S.C. 505;

3. Such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      April 7, 2017

                                        Anderson and Associates, LLP

                                        By:
                                        Yen-Yi Anderson, Esq.
                                        Attorneys for Defendant
                                        33 Whitehall Street, 9th FL
                                        New York, NY 10004
                                        646-403-9767
                                        e.leung@andersonandassociatesllp.com

To:    LIEBOWITZ LAW FIRM, PLLC
       Richard Liebowitz, Esq.
       Attorneys for Plaintiff
       11 Sunrise Plaza, Suite 305
       Valley Stream, New York 11580
       T: 516-233-1660
       RL@Liebowitzlawfirm.com