UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO<br><br>　　　　　Plaintiff,<br><br>　- against -<br><br>CHRISTIAN MEDIA CORPORATION<br><br>　　　　　Defendant | 1:17-cv-01750 (ER)<br><br>ECF Case |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Gregory Mango.

Respectfully submitted this 1st day of December, 2020.


　　　　　　　　　　　　　　　　　　s/jameshfreeman/_____
　　　　　　　　　　　　　　　　　　James H. Freeman
　　　　　　　　　　　　　　　　　　JF@liebowitzlawfirm.com

　　　　　　　　　　　　　　　　　　LIEBOWITZ LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　11 Sunrise Plaza, Suite 305
　　　　　　　　　　　　　　　　　　Valley Stream, NY 11580
　　　　　　　　　　　　　　　　　　(516) 233-1660