# Liebowitz ◉ Law Firm, PLLC

ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

January 4, 2021

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Mango v. Christian Media Corp.,* 1:17-cv-01750 (ER)

Dear Judge Ramos:

We represent Plaintiff Gregory Mango in the above-captioned case.  We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement.  We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Stipulation of Dismissal by such time.

Plaintiff also requests that the Court adjourn all dates, until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be reopened.  Defendant Christian Media Corp. consents to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*