UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MANGO,<br><br>       Plaintiff,<br><br>- against –<br><br>CHRISTIAN MEDIA CORPORATION<br><br>       Defendant. | Case No. 1:17-CV-01750-ER<br><br>**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Gregory Mango, and counsel for defendant Christian Media Corporation. that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

_____
James H. Freeman

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
JF@LiebowitzLawFirm.com

Dated: January 29, 2021

*Attorneys for Plaintiff*
*Gregory Mango*

_____
Yen-Yi Anderson

ANDERSON AND ASSOCIATES, LLP
61 Broadway, Suite 2809
New York, NY 10006
Telephone: (646) 452-9982
y.anderson@andersonandassociatesllp.com

Dated: ~~January~~ Feb. 3, 2021

*Attorneys for Defendant*
*Christian Media Corporation*

**SO ORDERED:**

_____
Hon. Edgardo Ramos